UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


Patrick T. Shaughnessy,                                    Case No. 10-75021
                                                           Chapter 7
                          Debtor.                          Hon. Marci B. McIvor
_____/

Debbie Tomaszewski,

                   Plaintiff,

v.                                                         Adv. Pro. No. 11-4109

Patrick T. Shaughnessy

                   Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO ALL COUNTS IN THE COMPLAINT AND AMENDED COMPLAINT

        This matter came before the Court on Defendant's Motion for Summary Judgment.  For

the reasons stated in an Opinion issued with this Order, as well as an Opinion and Order issued

on August 25, 2011,

        IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is

GRANTED as to all counts in Plaintiff's Complaint and Amended Complaint.

        IT IS FURTHER ORDERED that Plaintiff's Complaint and Amended Complaint are

hereby DISMISSED.


Signed on September 16, 2011

                                        _____
                                               /s/ Marci B. McIvor
                                        Marci B. McIvor
                                        United States Bankruptcy Judge